| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>49709<br>Morton & Craig LLC<br>William E. Craig, Esquire<br>110 Marter Ave., Suite 301<br>Moorestown, NJ 08057<br>Attorney for AmeriCredit Financial Services, Inc. dba GM Financial | Order Filed on January 2, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 19-23466 |
| In Re:<br><br>ALEXANDER J. BROOKS<br>RENEE L. STONE | Judge: (ABA) |

# ORDER FOR SECURED AMOUNT TO BE PAID THROUGH DEBTORS' CHAPTER 13 PLAN AND ADEQUATE PROTECTION PAYMENTS

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: January 2, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Alexander Brooks and Renee Stone
Case No: 19-23466
Caption of Order: Order for secured amount to be paid through Debtors' chapter 13 plan and adequate protection payments

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), with the appearance of Seymour Wasserstrum, Esquire on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That GM Financial is the holder of a first purchase money security interest encumbering a 2013 Chevrolet Silverado 1500 bearing vehicle identification number 3GCPKSEA1DG179253.**

2. **That the secured amount that GM Financial shall be paid through the Debtors' plan shall be $24,856.16. This amount is reached using the agreed value of the vehicle of $21,300.00, amortized at 6.25% over 60 months.**

3. **That the Chapter 13 Trustee is hereby directed to make an immediate lump sum adequate protection payment to GM Financial in the amount of $900.00 through November 2019 and thereafter, each month, commencing December 2019, make monthly adequate protection payments to GM Financial in the amount of $225.00.  Adequate protection payments to GM Financial shall be made monthly up to and after confirmation, until all counsel fees have been paid and regular distributions begin to be made to GM Financial.  If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees.  If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to GM Financial until the remaining counsel fees have been paid. The Debtors shall receive a credit for all adequate protection payments made against the total amount to be received by GM Financial through the plan.**

4. **That GM Financial shall retain its lien on the vehicle until the earlier of payment of the underlying debt under non-bankruptcy law, or the Debtors receiving a discharge.**