UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                              Bankr. Case No. 19-23466-ABA-13

Alexander J Brooks and Renee L Stone                                                 Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                                        Bankr. Case No. 19-23466-ABA-13

Alexander J Brooks and Renee L Stone                                       Chapter 13
      Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 8, 2020 :

Seymour Wasserstrum                                Isabel C. Balboa
205 West Landis Avenue                             535 Route 38
Vineland, NJ 08360                                    Suite 580
                                                         Cherry Hill, NJ 08002

By  /s/ Mandy Youngblood
      Mandy Youngblood

xxxxx55959 / 994702