UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Harold N. Kaplan (HK-0226)

In Re:

**Alexander J. Brooks,**

    **Debtor,**

**Renee L. Stone,**

    **Joint Debtor.**

Case No.:    19-23466-ABA

Chapter:    13

Hearing Date:  August 25, 2020

Judge:    Andrew B. Altenburg Jr.

## CERTIFICATION OF SERVICE

1. I, Harold N. Kaplan represent Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-3 in this matter.

2. On 7/30/2020 , I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Motion for Relief from Automatic Stay, Certification of Creditor Regarding Post Petition Payment History in Support of the Motion for Relief from Automatic Stay, Supporting Documentation, Proposed Order, and this Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: 7/30/2020

**RAS Citron, LLC**
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)
By: /s/ Harold N. Kaplan
Harold N. Kaplan, Esquire
Bar ID:  HK-0226
Email: hkaplan@rasnj.com

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Alexander J Brooks<br>1513 Venus Drive<br>Vineland, NJ 08360 | Debtor | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Renee L. Stone<br>1513 Venus Drive<br>Vineland, NJ 08360 | Joint Debtor | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360 | Debtor's Attorney | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x]  Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x]  Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 0710 | U.S. Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
|---|---|---|