Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-23466 (ABA)**

Alexander J. Brooks and Renee L. Stone  
1513 Venus Drive  
Vineland, NJ  08360

Monthly Payment: $1,372.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/16/2020 | $1,000.00 | 01/16/2020 | $250.00 | 02/24/2020 | $560.77 | 03/06/2020 | $560.77 |
| 03/20/2020 | $560.77 | 04/08/2020 | $560.77 | 04/22/2020 | $560.77 | 05/26/2020 | $567.00 |
| 06/03/2020 | $660.00 | 06/17/2020 | $660.00 | 07/01/2020 | $660.00 | 07/15/2020 | $660.00 |
| 08/25/2020 | $660.00 | 09/10/2020 | $660.00 | 09/23/2020 | $660.00 | 10/07/2020 | $660.00 |
| 10/21/2020 | $660.00 | 11/04/2020 | $660.00 | 11/19/2020 | $660.00 | 12/03/2020 | $710.00 |
| 12/16/2020 | $710.00 | 12/31/2020 | $710.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ALEXANDER J. BROOKS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $3,960.00 | $3,960.00 | $0.00 | $0.00 |
| 1 | CACH, LLC | 33 | $4,294.49 | $0.00 | $0.00 | $0.00 |
| 2 | CARECREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CARSON SMITHFIELD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $175.23 | $0.00 | $0.00 | $0.00 |
| 5 | FINGER HUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | FRED G. DANIELS, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $24,856.16 | $5,329.56 | $19,526.60 | $0.00 |
| 8 | HAMILTON COLLECTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | HYUNDAI CAPITAL AMERICA | 24 | $21,198.60 | $3,751.26 | $17,447.34 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY | 28 | $8,197.83 | $0.00 | $8,197.83 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 33 | $3,905.23 | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | JEFFERSON CAPITAL SYSTEMS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MERRICK BANK | 33 | $1,167.63 | $0.00 | $0.00 | $0.00 |
| 15 | PHH MORTGAGE CORPORATION | 24 | $10,384.97 | $1,837.70 | $8,547.27 | $0.00 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $772.58 | $0.00 | $0.00 | $0.00 |
| 17 | PROFESSIONAL MED ADJ BUR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SPECIALIZED LAON SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $1,079.30 | $0.00 | $0.00 | $0.00 |
| 21 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | RENEE L. STONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | CACH, LLC | 33 | $11,956.66 | $0.00 | $0.00 | $0.00 |
| 27 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | TRACTOR SUPPLY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ALEXANDER J BROOKS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | AMERICREDIT FINANCIAL SERVICES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | DEUTSCHE BANK NATIONAL TRUST COMPANY, | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SPECIALIZED LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | SPECIALIZED LOAN SERVICING, LLC | 33 | $13,401.07 | $0.00 | $0.00 | $0.00 |
| 34 | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $4,024.74 | $0.00 | $0.00 | $0.00 |
| 35 | CACH, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | CUMBERLAND COUNTY BOARD OF TAXATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | DEUTSCHE BANK NATIONAL TRUST COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | HYUNDAI CAPITAL AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | MERRICK BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | PHH MORTGAGE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | PHH MORTGAGE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | SPECIALIZED LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | SPECIALIZED LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | PHH MORTGAGE CORPORATION | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 14.00 | $0.00 |
| 10/01/2020 | Paid to Date | $14,760.85 |
| 11/01/2020 | 45.00 | $1,372.00 |
| 08/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $14,010.85 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,951.08 |
| Arrearages: | ($1,366.00) |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**