Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19−23466−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexander J Brooks                                Renee L Stone
   1513 Venus Drive                                   1513 Venus Drive
   Vineland, NJ 08360                               Vineland, NJ 08360

Social Security No.:
   xxx−xx−6522                                       xxx−xx−5389

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:               July 27, 2021
Time:              10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*49* – Certification in Opposition to (related document:48 Creditor's Certification of Default (related document:39 Motion for Relief from Stay re: 1513 Venus Drive, Vineland, N.J. 08360. Fee Amount $ 181. filed by Creditor Deutsche Bank National Trust Company,) filed by Harold N. Kaplan on behalf of Deutsche Bank National Trust Company,. Objection deadline is 06/30/2021. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company,) filed by Cory Francis Woerner on behalf of Alexander J Brooks, Renee L Stone. (Woerner, Cory)

and transact such other business as may properly come before the meeting.


Dated: July 1, 2021
JAN: lgr

                                                                     Jeanne Naughton
                                                                     Clerk