Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−23466−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Alexander J Brooks     Renee L Stone
   1513 Venus Drive     1513 Venus Drive
   Vineland, NJ 08360     Vineland, NJ 08360

Social Security No.:
   xxx−xx−6522     xxx−xx−5389

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:               July 27, 2021
Time:                    10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*49* − Certification in Opposition to (related document:48 Creditor's Certification of Default (related document:39 Motion for Relief from Stay re: 1513 Venus Drive, Vineland, N.J. 08360. Fee Amount $ 181. filed by Creditor Deutsche Bank National Trust Company,) filed by Harold N. Kaplan on behalf of Deutsche Bank National Trust Company,. Objection deadline is 06/30/2021. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company,) filed by Cory Francis Woerner on behalf of Alexander J Brooks, Renee L Stone. (Woerner, Cory)

and transact such other business as may properly come before the meeting.

Dated: July 1, 2021
JAN: lgr

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-23466-ABA
Alexander J Brooks  Chapter 13
Renee L Stone
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Jul 01, 2021     Form ID: 173     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

**Recip ID     Recipient Name and Address**
db/jdb     + Alexander J Brooks, Renee L Stone, 1513 Venus Drive, Vineland, NJ 08360-2648

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:

**Name     Email Address**

Harold N. Kaplan
    on behalf of Creditor Deutsche Bank National Trust Company  hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com

Seymour Wasserstrum

        on behalf of Joint Debtor Renee L Stone mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum

        on behalf of Debtor Alexander J Brooks mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8