UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Harold N. Kaplan (HK-0226)

In Re:
**Alexander J. Brooks,**

    **Debtor,**

**Renee L. Stone,**

    **Joint Debtor.**

Order Filed on August 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    19-23466-ABA

Chapter:    13

Judge:    Andrew B. Altenburg Jr.

## ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: August 18, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Secured Creditor: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-3

Secured Creditor's Counsel: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Debtors' Counsel: Seymour Wasserstrum

Property Involved ("Collateral"): 1513 Venus Drive, Vineland, N.J. 08360.

Relief sought:　　■ Certification of Default

For good cause shown, it is **ORDERED** that Secured Creditor's Certification of Default is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ■ The Debtor is overdue for 03 months from 05/01/2021 through 07/01/2021.

    ■ The Debtor is overdue for 03 payments from 05/01/2021 through 07/01/2021 at $842.28 per month.

    　　Funds Held In Suspense $103.46.
    　　Total Arrearages Due $2,423.38.

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Debtor shall cure the remaining delinquency in the amount of $2,423.38 on or before September 30, 2021.

    ■ Beginning on 08/01/2021, regular monthly mortgage payments shall continue to be made in the amount of $842.28. This amount is subject to change based on escrow and/or interest rate adjustments.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ■ Regular monthly payment:  PHH Mortgage Services
    　　　　　　　　　　　　　　Mailstop SBRP
    　　　　　　　　　　　　　　PO Box 5469
    　　　　　　　　　　　　　　Mt. Laurel, NJ 08054

      ■ Immediate payment:    PHH Mortgage Services
                                                  Mailstop SBRP
                                                  PO Box 5469
                                                  Mt. Laurel, NJ 08054

4.     In the event of Default:

      ■Should the cure payment specified above not be tendered within the time allowed or if any regular monthly mortgage payment is not tendered within 15 days of its due date hereafter, Secured Creditor may file a Certification of Default advising the Court of the debtor's failure to make timely payment as provide herein, upon the filing of which the Court shall immediately enter an Order granting Secured Creditor Relief from the Automatic Stay. Notice of said default shall be sent to the Debtor, Debtor's attorney and the Chapter 13 Trustee.

    ■Except were inconsistent with this order all terms and conditions of the Court's prior Order entered on 10/15/2020, Docket No. 43 shall remain in full force and effect.

5.     Award of Attorneys' Fees:

      ■ The Applicant is awarded attorney fees of $200.00.

        The fees and costs are payable:

      ■ Through the Chapter 13 plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 19-23466-ABA
Alexander J Brooks                                                                               Chapter 13
Renee L Stone
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                                      User: admin                                      Page 1 of 2
Date Rcvd: Aug 18, 2021                       Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

**Recip ID**                 **Recipient Name and Address**
db/jdb                   + Alexander J Brooks, Renee L Stone, 1513 Venus Drive, Vineland, NJ 08360-2648

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021                            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

**Name**                         **Email Address**

Harold N. Kaplan
                                on behalf of Creditor Deutsche Bank National Trust Company  hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
                                ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                                on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
                                on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Rebecca Ann Solarz
                                on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Aug 18, 2021 Form ID: pdf903 Total Noticed: 1

Seymour Wasserstrum
        on behalf of Joint Debtor Renee L Stone mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
        on behalf of Debtor Alexander J Brooks mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8