# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-23466 (ABA)

Alexander J. Brooks and Renee L. Stone  
1513 Venus Drive  
Vineland, NJ  08360

Monthly Payment: $1,372.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

### For the period of 01/01/2022 to 12/31/2022
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $710.00 | 01/21/2022 | $710.00 | 02/03/2022 | $710.00 | 02/22/2022 | $710.00 |
| 03/07/2022 | $710.00 | 03/21/2022 | $710.00 | 04/04/2022 | $710.00 | 04/20/2022 | $710.00 |
| 05/11/2022 | $710.00 | 05/20/2022 | $710.00 | 06/06/2022 | $710.00 | 06/21/2022 | $710.00 |
| 07/05/2022 | $710.00 | 07/20/2022 | $710.00 | 08/03/2022 | $710.00 | 08/22/2022 | $710.00 |
| 09/06/2022 | $710.00 | 09/20/2022 | $710.00 | 10/04/2022 | $710.00 | 10/20/2022 | $710.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ALEXANDER J. BROOKS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $3,960.00 | $3,960.00 | $0.00 | $0.00 |
| 1 | CACH, LLC | 33 | $4,294.49 | $0.00 | $0.00 | $0.00 |
| 2 | CARECREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CARSON SMITHFIELD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $175.23 | $0.00 | $0.00 | $0.00 |
| 5 | FINGER HUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | FRED G. DANIELS, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $24,856.16 | $16,959.55 | $7,896.61 | $5,493.73 |
| 8 | HAMILTON COLLECTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | HYUNDAI CAPITAL AMERICA | 24 | $21,198.60 | $14,142.85 | $7,055.75 | $4,908.74 |
| 10 | DEPARTMENT OF THE TREASURY | 28 | $8,197.83 | $0.00 | $8,197.83 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 33 | $3,905.23 | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | JEFFERSON CAPITAL SYSTEMS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MERRICK BANK | 33 | $1,167.63 | $0.00 | $0.00 | $0.00 |
| 15 | PHH MORTGAGE CORPORATION | 24 | $10,384.97 | $6,928.41 | $3,456.56 | $2,404.73 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $772.58 | $0.00 | $0.00 | $0.00 |
| 17 | PROFESSIONAL MED ADJ BUR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SPECIALIZED LAON SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $1,079.30 | $0.00 | $0.00 | $0.00 |
| 21 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | RENEE L. STONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | CACH, LLC | 33 | $11,956.66 | $0.00 | $0.00 | $0.00 |
| 27 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | TRACTOR SUPPLY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ALEXANDER J BROOKS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | AMERICREDIT FINANCIAL SERVICES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | DEUTSCHE BANK NATIONAL TRUST COMPANY, | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SPECIALIZED LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | SPECIALIZED LOAN SERVICING, LLC | 33 | $13,401.07 | $0.00 | $0.00 | $0.00 |
| 34 | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $4,024.74 | $0.00 | $0.00 | $0.00 |
| 35 | CACH, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | CUMBERLAND COUNTY BOARD OF TAXATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | DEUTSCHE BANK NATIONAL TRUST COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | HYUNDAI CAPITAL AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | MERRICK BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | PHH MORTGAGE CORPORATION | 13 | $200.00 | $200.00 | $0.00 | $200.00 |
| 41 | PHH MORTGAGE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | SPECIALIZED LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | SPECIALIZED LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | PHH MORTGAGE CORPORATION | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 48 | ALEXANDER J BROOKS | 13 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 14.00 | $0.00 |
| 10/01/2020 | Paid to Date | $14,760.85 |
| 11/01/2020 | 45.00 | $1,372.00 |
| 08/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $14,200.00 |
| Total paid to creditors this period: | $13,007.20 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $3,872.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**