Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−23466−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alexander J Brooks
1513 Venus Drive
Vineland, NJ 08360

Renee L Stone
1513 Venus Drive
Vineland, NJ 08360

Social Security No.:
xxx−xx−6522

xxx−xx−5389

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on May 24, 2023.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 24, 2023
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-23466-ABA
Alexander J Brooks  Chapter 13
Renee L Stone
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: May 24, 2023  Form ID: 148  Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alexander J Brooks, Renee L Stone, 1513 Venus Drive, Vineland, NJ 08360-2648 |
| 518368602 | #+ | Cumberland County Board of Taxation, 43 Fayette St, Bridgeton, NJ 08302-2424 |
| 518345176 | + | Fred G. Daniels, Esq., 887 Donald Ross Rd, North Palm Beach, FL 33408-1611 |
| 518345178 | | Hamilton Collection, PO Box 842, Morton Grove, IL 60053-0842 |
| 518453524 | + | Specialized Loan Servicing LLC, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518345189 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 24 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 24 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | May 25 2023 00:50:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518417680 | | EDI: PHINAMERI.COM | May 25 2023 00:50:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518464771 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 24 2023 20:59:00 | ARCPE 1 LLC, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518345171 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 21:12:44 | CACH LLC, 370 17 Street, Suite 5000, Denver, CO 80202-5616 |
| 518457214 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 21:13:04 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518345172 | | EDI: RMSC.COM | May 25 2023 00:50:00 | CareCredit, PO Box 960061, Orlando, FL 32896-0061 |
| 518345173 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 24 2023 21:12:45 | Carson Smithfield, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 518345174 | | EDI: WFNNB.COM | May 25 2023 00:50:00 | Comenity, P.O. Box 183003, Columbus, OH 43218-3003 |
| 518371040 | + | Email/Text: RASEBN@raslg.com | May 24 2023 20:59:00 | Deutsche Bank National Trust Company, RAS |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518345175 | EDI: BLUESTEM | May 25 2023 00:50:00 | Finger Hut, PO Box 166, Newark, NJ 07101-0166 |
| 518345177 | EDI: PHINAMERI.COM | May 25 2023 00:50:00 | GM Financial, PO Box 183123, Arlington, TX 76096-3123 |
| 518459731 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 24 2023 21:00:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 518345179 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 24 2023 21:00:00 | Hyundai Motor Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 518345182 | EDI: IRS.COM | May 25 2023 00:50:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518345183 | EDI: JEFFERSONCAP.COM | May 25 2023 00:50:00 | Jefferson Capital, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 519916157 | + Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 21:13:03 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519916158 | + Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 21:13:14 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518352530 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 24 2023 21:13:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518345184 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 24 2023 21:13:52 | Merrick Bank, PO Box 5721, Hicksville, NY 11802-5721 |
| 518345185 | + EDI: LCIPHHMRGT | May 25 2023 00:50:00 | Ocwen Loan Servicing, 1661 Worthington Road, Ste 100, West Palm Beach, FL 33409-6493 |
| 518345186 | ^ MEBN | May 24 2023 20:56:22 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518368603 | EDI: LCIPHHMRGT | May 25 2023 00:50:00 | PHH Mortgage, Po Box 5452, Mt Laurel, NJ 08054-5452 |
| 518458330 | + EDI: LCIPHHMRGT | May 25 2023 00:50:00 | PHH Mortgage Corporation, 1 Mortgage Way - Mail Stop SV-22, Mount Laurel, NJ 08054-4637 |
| 518345187 | + Email/Text: EBN_Waco@Receivemorermp.com | May 24 2023 21:00:00 | Professional Med Adj Bur, 4135 S Stream Blvd Suite 400, RE: South Jersey Health System, Charlotte, NC 28217-4636 |
| 518353967 | EDI: Q3G.COM | May 25 2023 00:50:00 | Quantum3 Group LLC as agent for, JH CX Liquidating Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518353055 | EDI: Q3G.COM | May 25 2023 00:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518345188 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | May 24 2023 20:59:00 | Specialized Loan Service, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518346887 | + EDI: RMSC.COM | May 25 2023 00:50:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518345190 | EDI: CITICORP.COM | May 25 2023 00:50:00 | Tractor Supply, PO Box 9001006, Louisville, KY 40290-1006 |
| 518345191 | + Email/PDF: DellBKNotifications@resurgent.com | May 24 2023 21:13:14 | Webbank, P.O. Box 81607, Austin, TX 78708-1607 |

TOTAL: 32

Case 19-23466-ABA    Doc 65    Filed 05/26/23    Entered 05/27/23 00:18:03    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2023 | Form ID: 148 | Total Noticed: 38 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Deutsche Bank National Trust Company,, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518870914 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518459754 | *+ | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 518345181 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081 |
| 518345180 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Deutsche Bank National Trust Company  hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Renee L Stone mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Alexander J Brooks mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8