Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                           Case No.:  19−23466−ABA
                           Chapter:  13
                           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Alexander J Brooks                                 Renee L Stone
   1513 Venus Drive                                   1513 Venus Drive
   Vineland, NJ 08360                             Vineland, NJ 08360

Social Security No.:
   xxx−xx−6522                                            xxx−xx−5389

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 12, 2023</u>                     <u>Andrew B. Altenburg Jr.</u>
                                            Judge, United States Bankruptcy Court